# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David Matthiesen | § | Case No. 15-42445 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 12/17/2015. The undersigned trustee was appointed on 12/17/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of       $   325,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 16,155.50 |
| Bank service fees | 320.81 |
| Other payments to creditors | 265,206.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 28,317.69 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 03/24/2017 and the deadline for filing governmental claims was 03/24/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 18,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 18,750.00 , for a total compensation of $ 18,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/25/2017    By:/s/Zane L. Zielinski, Trustee
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: 15-42445 BWB | Judge: Bruce W. Black | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: David Matthiesen | | Date Filed (f) or Converted (c): 12/17/2015 (f) |
| | | 341(a) Meeting Date: 01/14/2016 |
| For Period Ending: 10/25/2017 | | Claims Bar Date: 03/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12908 W. Hadley Road, Homer Glen, IL | 497,579.00 | 497,579.00 | | 325,000.00 | FA |
| 2. Dodge 1500 - 1995 | 2,625.00 | 2,625.00 | | 0.00 | FA |
| 3. Household goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Collectibles of value | 250.00 | 250.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,005.00 | 1,005.00 | | 0.00 | FA |
| 6. Jewelry - Misc Items | 500.00 | 500.00 | | 0.00 | FA |
| 7. Personal and Household Items | 150.00 | 150.00 | | 0.00 | FA |
| 8. Cash | 25.00 | 25.00 | | 0.00 | FA |
| 9. Bank Account(s) with BMO Harris | 2.00 | 2.00 | | 0.00 | FA |
| 10. Pension/IRA?401(k) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 12. Interest in Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)      $503,636.00      $503,636.00      $325,000.00      $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the Final Report.

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Exhibit A

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | miscellaneous household goods and furnishings--Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans--- estimated value |
| RE PROP # | 4 | -- | miscellaneous books, pictures, and family photos, Compact Discs, Tapes/Records, etc. |
| RE PROP # | 7 | -- | Misc. assets, including any unliquidated tax refund(s) if any. |
| RE PROP # | 12 | -- | Debtor has no insurance policy with a cash value (term insurance does not have a cash value) |

Initial Projected Date of Final Report (TFR): 03/31/2017     Current Projected Date of Final Report (TFR): 11/15/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-42445 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: David Matthiesen | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX1684 |
| | Checking |
| Taxpayer ID No: XX-XXX1198 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/25/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/17 | | Chicago Title and Trust | Real Estate Sale Proceeds | | $48,508.50 | | $48,508.50 |
| | | | Gross Receipts          $325,000.00 | | | | |
| | | Prestige Properties, | Broker's Fee          ($8,125.00) | 3510-000 | | | |
| | | Will County Health Department | County Lien          ($2,010.00) | 4120-000 | | | |
| | | Citizens One Home Loans | First Mortgage Payment   ($190,086.13) | 4110-000 | | | |
| | | Chicago Title Insurance | Closing Costs/credits    ($2,273.00) | 2500-000 | | | |
| | | Leslie Richardson Jr.<br>C/O David P. Lloyd<br>615B S. La Grange Road<br>La Grange, Il 60525 | Second Mortgage         ($56,223.59) | 4110-000 | | | |
| | | Real Estate tax pro-rations | Real Estate Taxes       ($16,886.28) | 4700-000 | | | |
| | | Tom Studnickia & Associates | Survey                    ($400.00) | 2500-000 | | | |
| | | Transfer Tax | ($487.50) | 2500-000 | | | |
| | 1 | | 12908 W. Hadley Road, Homer Glen, IL   $325,000.00 | 1110-000 | | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.84 | $48,459.66 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.72 | $48,389.94 |
| 07/11/17 | | Chicago Title Insurance<br>7831 West 95th Street<br>Hickory Hills, IL 60457 | Closing Cost Refund | 2500-000 | | ($5.00) | $48,394.94 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.96 | $48,322.98 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*                    Page Subtotals:                    $48,508.50          $185.52

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-42445 | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | David Matthiesen | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1684 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1198 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/25/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/17 | 5001 | David Matthiesen | Homestead Exemption Payment | 8100-002 | | $15,000.00 | $33,322.98 |
| 08/09/17 | 5002 | Prestige Properties Real Estate Pros, Inc. | Real Estate Commission | 3510-000 | | $4,875.00 | $28,447.98 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.87 | $28,380.11 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.42 | $28,317.69 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $48,508.50 | $20,190.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $48,508.50 | $20,190.81 |
| Less: Payments to Debtors | $0.00 | $15,000.00 |
| Net | $48,508.50 | $5,190.81 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                                        Page Subtotals:                    $0.00               $20,005.29

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1684 - Checking | $48,508.50 | $5,190.81 | $28,317.69 |
|  | $48,508.50 | $5,190.81 | $28,317.69 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $276,491.50 |
|---|---|
| Total Net Deposits: | $48,508.50 |
| Total Gross Receipts: | $325,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-42445  
Debtor Name: David Matthiesen  
Claims Bar Date: 3/24/2017  

Date: October 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski, Trustee<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Administrative | | $0.00 | $18,750.00 | $18,750.00 |
| 100 2500 | Chicago Title Insurance | Administrative | | $0.00 | $0.00 | $2,268.00 |
| 100 2700 | United States Bankruptcy Court | Administrative | The Trustee deferred the fee for sale of assets. | $0.00 | $181.00 | $181.00 |
| 100 3410 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $1,765.00 | $1,765.00 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $44.42 | $44.42 |
| 100 3510 | Prestige Properties, | Administrative | | $0.00 | $13,000.00 | $13,000.00 |
| 1 280 5800 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Priority | | $64,882.00 | $8,915.39 | $8,915.39 |
| 1a 300 7100 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | | $64,882.00 | $59,129.77 | $59,129.77 |
| 2 300 7100 | Dr. Matthew E. Schmidt & Assoc.<br>7600 College Drive<br>Palos Heights, Il 60463 | Unsecured | | $869.82 | $869.82 | $869.82 |

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 15-42445  
Debtor Name: David Matthiesen  
Claims Bar Date: 3/24/2017  

Date: October 25, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 400 4110 | Citizens One Home Loans | Secured | | $0.00 | $190,086.13 | $190,086.13 |
| 3 400 4110 | Leslie Richardson Jr. C/O David P. Lloyd 615B S. La Grange Road La Grange, Il 60525 | Secured | | $45,017.69 | $56,223.59 | $56,223.59 |
| 400 4120 | Will County Health Department | Secured | | $0.00 | $2,010.00 | $2,010.00 |
| | Case Totals | | | $175,651.51 | $350,975.12 | $353,243.12 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-42445
Case Name: David Matthiesen
Trustee Name: Zane L. Zielinski, Trustee

Balance on hand     $     28,317.69

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
|  | Citizens One Home Loans | $ 190,086.13 | $ 190,086.13 | $ 190,086.13 | $ 0.00 |
|  | Will County Health Department | $ 2,010.00 | $ 2,010.00 | $ 2,010.00 | $ 0.00 |
| 3 | Leslie Richardson Jr. | $ 56,223.59 | $ 56,223.59 | $ 56,223.59 | $ 0.00 |

Total to be paid to secured creditors     $     0.00

Remaining Balance     $     28,317.69

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski, Trustee | $ 18,750.00 | $ 0.00 | $ 18,750.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates P.C. | $ 1,765.00 | $ 0.00 | $ 1,765.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $ 44.42 | $ 0.00 | $ 44.42 |
| Charges: United States Bankruptcy Court | $ 181.00 | $ 0.00 | $ 181.00 |
| Other: Chicago Title Insurance | $ 2,268.00 | $ 2,268.00 | $ 0.00 |
| Other: Prestige Properties, | $ 13,000.00 | $ 13,000.00 | $ 0.00 |

    Total to be paid for chapter 7 administrative expenses      $    20,740.42

    Remaining Balance      $    7,577.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,915.39 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 8,915.39 | $ 0.00 | $ 7,577.27 |

    Total to be paid to priority creditors      $    7,577.27

    Remaining Balance      $    0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,999.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $ 59,129.77 | $ 0.00 | $ 0.00 |
| 2 | Dr. Matthew E. Schmidt & Assoc. | $ 869.82 | $ 0.00 | $ 0.00 |

    Total to be paid to timely general unsecured creditors      $    0.00

    Remaining Balance                                                                 $_____0.00

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*