# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | chapter 7 |
| **David Matthiesen,** | Bankruptcy No. 15-42445 |
| Debtor. | Honorable Pamela S. Hollis |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #50)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 2, 2017.

Dated: November 2, 2017

**Zane L. Zielinski,** not individually but as the chapter 7 trustee of the bankruptcy estate of **David Matthiesen,**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

*Mailing Information for Case 15-42445*

*Electronic Mail Notice List*

*The following is the list of **parties** who are currently on the list to receive email notice/service for this case.*

- *Patrick S Layng*    USTPRegion11.ES.ECF@usdoj.gov
- *David P Lloyd*    courtdocs@davidlloydlaw.com
- *Robert V Schaller*    slfecfmail@gmail.com, usbc2007@gmail.com
- *Rachael A Stokas*    ND-Two@il.cslegal.com

**Manual Service List**

| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, Pa 19101-7346 | **David Matthiesen**<br>12908 W. HADLEY ROAD<br>HOMER GLEN, IL  60491 |
|---|---|
| | |
| Dr. Matthew E. Schmidt & Assoc.<br>7600 College Drive<br>Palos Heights, Il 60463 | |
| | |