# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
David Matthiesen § Case No. 15-42445
§
Debtor §
§

# CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,500.00                             Assets Exempt: 19,557.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 272,783.27           Claims Discharged
                                                       Without Payment: 61,337.71

Total Expenses of Administration: 37,216.73

---

3) Total gross receipts of $ 325,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $ 310,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 45,017.69 | $ 265,206.00 | $ 265,206.00 | $ 265,206.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 34,948.73 | 37,216.73 | 37,216.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 64,882.00 | 8,915.39 | 8,915.39 | 7,577.27 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 65,751.82 | 59,999.59 | 59,999.59 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 175,651.51 | $ 369,069.71 | $ 371,337.71 | $ 310,000.00 |

4) This case was originally filed under chapter 7 on 12/17/2015. The case was pending for 25 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/03/2018            By: /s/Zane L. Zielinski, Trustee
                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 12908 W. Hadley Road, Homer Glen, IL | 1110-000 | 325,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 325,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| David Matthiesen | Exemptions | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 15,000.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citizens One Home Loans | 4110-000 | NA | 190,086.13 | 190,086.13 | 190,086.13 |
| 3 | Leslie Richardson Jr. | 4110-000 | 45,017.69 | 56,223.59 | 56,223.59 | 56,223.59 |
| | Will County Health Department | 4120-000 | NA | 2,010.00 | 2,010.00 | 2,010.00 |
| | Real Estate tax pro-rations | 4700-000 | NA | 16,886.28 | 16,886.28 | 16,886.28 |
| **TOTAL SECURED CLAIMS** | | | **$ 45,017.69** | **$ 265,206.00** | **$ 265,206.00** | **$ 265,206.00** |

UST Form 101-7-TDR (10/1/2010) *(Page: 3)*

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 18,750.00 | 18,750.00 | 18,750.00 |
| Chicago Title Insurance | 2500-000 | NA | 0.00 | 2,268.00 | 2,268.00 |
| Tom Studnickia & Associates | 2500-000 | NA | 400.00 | 400.00 | 400.00 |
| Transfer Tax | 2500-000 | NA | 487.50 | 487.50 | 487.50 |
| Associated Bank | 2600-000 | NA | 320.81 | 320.81 | 320.81 |
| United States Bankruptcy Court | 2700-000 | NA | 181.00 | 181.00 | 181.00 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 1,765.00 | 1,765.00 | 1,765.00 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 44.42 | 44.42 | 44.42 |
| Prestige Properties, | 3510-000 | NA | 13,000.00 | 13,000.00 | 13,000.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 34,948.73 | $ 37,216.73 | $ 37,216.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | 64,882.00 | 8,915.39 | 8,915.39 | 7,577.27 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 64,882.00 | $ 8,915.39 | $ 8,915.39 | $ 7,577.27 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Dr. Matthew E. Schmidt & Assoc. | 7100-000 | 869.82 | 869.82 | 869.82 | 0.00 |
| 1a | Internal Revenue Service | 7100-000 | 64,882.00 | 59,129.77 | 59,129.77 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 65,751.82 | $ 59,999.59 | $ 59,999.59 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-42445 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | David Matthiesen | | | | Date Filed (f) or Converted (c): | 12/17/2015 (f) |
| | | | | | 341(a) Meeting Date: | 01/14/2016 |
| For Period Ending: | 01/03/2018 | | | | Claims Bar Date: | 03/24/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 12908 W. Hadley Road, Homer Glen, IL | 497,579.00 | 497,579.00 | | 325,000.00 | FA |
| 2. Dodge 1500 - 1995 | 2,625.00 | 2,625.00 | | 0.00 | FA |
| 3. Household goods | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 4. Collectibles of value | 250.00 | 250.00 | | 0.00 | FA |
| 5. Wearing Apparel | 1,005.00 | 1,005.00 | | 0.00 | FA |
| 6. Jewelry - Misc Items | 500.00 | 500.00 | | 0.00 | FA |
| 7. Personal and Household Items | 150.00 | 150.00 | | 0.00 | FA |
| 8. Cash | 25.00 | 25.00 | | 0.00 | FA |
| 9. Bank Account(s) with BMO Harris | 2.00 | 2.00 | | 0.00 | FA |
| 10. Pension/IRA?401(k) | 0.00 | 0.00 | | 0.00 | FA |
| 11. Liquidated tax refund(s), if any | 0.00 | 0.00 | | 0.00 | FA |
| 12. Interest in Insurance Policy | 0.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $503,636.00 $503,636.00 $325,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is preparing the Final Report.

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | miscellaneous household goods and furnishings--Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans--- estimated value |
| RE PROP # | 4 | -- | miscellaneous books, pictures, and family photos, Compact Discs, Tapes/Records, etc. |
| RE PROP # | 7 | -- | Misc. assets, including any unliquidated tax refund(s) if any. |
| RE PROP # | 12 | -- | Debtor has no insurance policy with a cash value (term insurance does not have a cash value) |

Initial Projected Date of Final Report (TFR): 03/31/2017     Current Projected Date of Final Report (TFR): 11/15/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-42445 | | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | David Matthiesen | | Bank Name: | Associated Bank |
| | | | Account Number/CD#: | XXXXXX1684 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX1198 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/03/2018 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/10/17 | | Chicago Title and Trust | Real Estate Sale Proceeds | | $48,508.50 | | $48,508.50 |
| | | | Gross Receipts  $325,000.00 | | | | |
| | | Prestige Properties, | Broker's Fee  ($8,125.00) | 3510-000 | | | |
| | | Will County Health Department | County Lien  ($2,010.00) | 4120-000 | | | |
| | | Citizens One Home Loans | First Mortgage Payment  ($190,086.13) | 4110-000 | | | |
| | | Chicago Title Insurance | Closing Costs/credits  ($2,273.00) | 2500-000 | | | |
| | | Leslie Richardson Jr. C/O David P. Lloyd 615B S. La Grange Road La Grange, Il 60525 | Second Mortgage  ($56,223.59) | 4110-000 | | | |
| | | Real Estate tax pro-rations | Real Estate Taxes  ($16,886.28) | 4700-000 | | | |
| | | Tom Studnickia & Associates | Survey  ($400.00) | 2500-000 | | | |
| | | Transfer Tax | ($487.50) | 2500-000 | | | |
| | 1 | | 12908 W. Hadley Road, Homer Glen, IL  $325,000.00 | 1110-000 | | | |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.84 | $48,459.66 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $69.72 | $48,389.94 |
| 07/11/17 | | Chicago Title Insurance 7831 West 95th Street Hickory Hills, IL 60457 | Closing Cost Refund | 2500-000 | | ($5.00) | $48,394.94 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $71.96 | $48,322.98 |

Page Subtotals:  $48,508.50  $185.52

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 15-42445 |
| Case Name: | David Matthiesen |
| Taxpayer ID No: | XX-XXX1198 |
| For Period Ending: | 01/03/2018 |

| | |
|---|---|
| Trustee Name: | Zane L. Zielinski, Trustee |
| Bank Name: | Associated Bank |
| Account Number/CD#: | XXXXXX1684 |
| | Checking |
| Blanket Bond (per case limit): | $5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/09/17 | 5001 | David Matthiesen | Homestead Exemption Payment | 8100-002 | | $15,000.00 | $33,322.98 |
| 08/09/17 | 5002 | Prestige Properties Real Estate Pros, Inc. | Real Estate Commission | 3510-000 | | $4,875.00 | $28,447.98 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $67.87 | $28,380.11 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $62.42 | $28,317.69 |
| 12/01/17 | 5003 | Trustee Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $18,750.00 | $9,567.69 |
| 12/01/17 | 5004 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $181.00 | $9,386.69 |
| 12/01/17 | 5005 | Alan D. Lasko & Associates P.C. | Distribution | | | $1,809.42 | $7,577.27 |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($1,765.00) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order. ($44.42) | 3420-000 | | | |
| 12/01/17 | 5006 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 84.99 % per court order. | 5800-000 | | $7,577.27 | $0.00 |

| | | | |
|---|---:|---:|---|
| COLUMN TOTALS | $48,508.50 | $48,508.50 | |
| Less: Bank Transfers/CD's | $0.00 | $0.00 | |
| Subtotal | $48,508.50 | $48,508.50 | |
| Less: Payments to Debtors | $0.00 | $15,000.00 | |
| Net | $48,508.50 | $33,508.50 | |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $48,322.98 |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX1684 - Checking | $48,508.50 | $33,508.50 | $0.00 |
|  | $48,508.50 | $33,508.50 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $276,491.50 |
| Total Net Deposits: | $48,508.50 |
| Total Gross Receipts: | $325,000.00 |

Page Subtotals:   $0.00   $0.00